1  Jeffrey H. Lowenthal (State Bar No. 111763)
   Edward Egan Smith (State Bar No. 169792)
2  STEYER LOWENTHAL BOODROOKAS
     ALVAREZ & SMITH LLP
3  One California Street, Suite 300
   San Francisco, CA 94111
4  Tel. No. (415) 421-3400
   Facsimile No. (415) 421-2234
5  Email jlowenthal@steyerlaw.com
   Email esmith@steyerlaw.com
6
   Attorneys for Defendant
7  Finiti Group, LLC

IT IS SO ORDERED

Judge James Ware

2/15/2011

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ACTUATE CORPORATION, a California corporation<br><br>            Plaintiff,<br>vs.<br><br>FINITI LLC; and DOES 1 through 10,<br><br>            Defendants. | Case No. 5:10-cv-02797-JW<br><br>STIPULATION AND ORDER EXTENDING LAST DAY TO MEDIATE; DECLARATION OF JEFFREY H. LOWENTHAL |

1     WHEREAS, the Court entered an order in the above-captioned matter on November 17, 2010, requiring that the parties undertake private mediation of this case within 90 days from the date of that order;

4     WHEREAS, on that schedule the last day to mediate is Tuesday, February 15, 2011;

5     WHEREAS, the parties are not in a position to conduct a meaningful mediation by February 15, 2011 and would like additional time so that they can be fully prepared to mediate;

7     WHEREAS, among other things, the parties are assessing whether other parties need to be brought into this case and whether that needs to be done before mediation occurs;

9     WHEREAS, the date for the last day to mediate has not previously been modified; and

10     WHEREAS, this time modification will have no effect on the schedule of the case;

11     NOW, THEREFORE, WITH GOOD CAUSE APPEARING, the parties, by and through their respective counsel, hereby agree that the last day to conduct private mediation in the above-captioned case be extended to, and including, April 29, 2011.

Dated: February 14, 2011

STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH LLP

By: _____
Jeffrey H. Lowenthal
Attorneys for Defendant Finiti Group, LLC

Dated: February 14, 2011

LEE TRAN & LIANG APLC

By: _____
Daniel Taylor
Attorneys for Plaintiff Actuate Corporation

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: February 15, 2011

_____
HONORABLE JAMES WARE
DISTRICT COURT JUDGE

- 1 -

STIPULATION AND ORDER EXTENDING LAST DAY TO MEDIATE; DECLARATION OF JEFFREY H. LOWENTHAL

## DECLARATION OF JEFFREY H. LOWENTHAL

I, Jeffrey H. Lowenthal, declare as follows:

1. I am an attorney at law licensed to practice before all of the courts of the State of California and this Court. I am partner in the law firm of Steyer Lowenthal Boodrookas Alvarez & Smith LLP, attorneys of record for Defendant Finiti Group, LLC in the above-referenced matter. I make this Declaration of my own personal knowledge, and if called as a witness, I would and could testify competently to the matters stated herein. I make this declaration in support of the Stipulation and Order Extending Last Day to Mediate.

2. The Court entered an order in the above-captioned matter on November 17, 2010, requiring that the parties undertake private mediation of this case within 90 days from the date of that order.

3. Based on that schedule the last day to mediate this case is Tuesday, February 15, 2011.

4. The parties are not in a position to conduct a meaningful mediation by February 15, 2011 and would like additional time to mediate so that they can be fully prepared to do so.

5. Among other things, the parties are assessing whether other parties need to be brought into this case and whether that needs to be done before mediation occurs.

6. The date for the last day to mediate has not previously been modified.

7. This time modification will have no effect on the schedule of the case.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 14 day of February, 2011, at San Francisco, California.

_____
JEFFREY H. LOWENTHAL

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2011, I electronically filed the foregoing **STIPULATION AND ORDER EXTENDING LAST DAY TO MEDIATE; DECLARATION OF JEFFREY H. LOWENTHAL** with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record registered for electronic filing.

/s/ Linda Rorem
Linda Rorem