Jeffrey H. Lowenthal (State Bar No.111763)
Jan J. Klohonatz (State Bar No. 111718)
STEYER LOWENTHAL BOODROOKAS
 ALVAREZ & SMITH LLP
One California Street, Third Floor
San Francisco, California 94111
Telephone: (415) 421-3400
Facsimile: (415) 421-2234
Email: jlowenthal@steyerlaw.com
       jklohonatz@steyerlaw.com
Attorneys for Defendant Finiti Group LLC

LEE TRAN & LIANG APLC
James M. Lee (State Bar No. 192301)
Daniel J. Taylor (State Bar No. 241404)
601 S. Figueroa Street, Suite 4025
Los Angeles, CA 90017
Telephone: (213) 612-3737
Facsimile: (213) 612-3773
Email: jml@ltlcounsel.com,
       dt@ltlcounsel.com
Attorneys for Plaintiff Actuate Corporation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| ACTUATE CORPORATION, a California corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>FINITI LLC; and DOES 1 through 10,<br><br>        Defendants. | CASE NO. 5:10-cv-02797-EJD<br><br>STIPULATION AND ORDER EXTENDING SCHEDULED DATES AND GRANTING LEAVE TO FILE FIRST AMENDED ANSWER TO COMPLAINT AND COUNTER-CLAIMS; DECLARATION OF JAN J. KLOHONATZ |

STIPULATION AND ORDER EXTENDING SCHEDULED DATES AND GRANTING LEAVE TO FILE FIRST
AMENDED ANSWER TO COMPLAINT AND COUNTER-CLAIMS; DECLARATION OF JAN J. KLOHONATZ
CASE NO. 5:10-cv-02707-EJD

1  By this stipulation and order the parties to the above-captioned action respectfully
2  request (a) that defendant Finiti Group, LLC ("Finiti") be granted leave to file a First Amended
3  Answer to Complaint and Counter-Claims, and (b) that certain dates on the case schedule be
4  extended for the reasons stated below.  There is no trial date in this case and the only date
5  currently on the Court's calendar is a Preliminary Pretrial Conference set for December 16,
6  2011.  Accordingly, the parties stipulate as follows:
7  WHEREAS, upon reassignment of the above-captioned case to the Honorable Edward J.
8  Davila, the Court on or about May 11, 2011 entered a Modified Scheduling Order;
9  WHEREAS, on or about July 29, 2011, this Court granted the parties request to make
10 certain modifications to the case schedule;
11 WHEREAS, the only date currently on the Court's calendar is a Preliminary Pretrial
12 Conference set for December 16, 2011;
13 WHEREAS, the parties have already selected and retained a mediator and would like the
14 opportunity to conduct a meaningful mediation;
15 WHEREAS, plaintiff Actuate Corporation has stipulated that Finiti may be granted leave
16 to file a First Amended Answer to Complaint and Counter-Claims;
17 WHEREAS, certain discovery issues are pending which the parties are trying to work
18 out, and have participated in an person meeting on August 31, 2011;
19 WHEREAS, because of the witnesses' and counsels' schedules the parties have
20 encountered difficulties setting certain critical depositions, some of which will require extensive
21 travel;
22 WHEREAS, the parties also have determined that further discovery, in addition to what
23 previously was anticipated, will be necessary, including discovery relating to Finiti's First
24 Amended Answer to Complaint and Counter-Claims, in order to conduct a meaningful
25 mediation, analyze and prepare dispositive motions, and prepare for trial;
26 WHEREAS, the parties would like the opportunity to engage in a mediation sufficiently
27 in advance of other events in the case schedule to see whether the case can be resolved, thus
28

-1-
STIPULATION AND ORDER EXTENDING SCHEDULED DATES AND GRANTING LEAVE TO FILE FIRST
AMENDED ANSWER TO COMPLAINT AND COUNTER-CLAIMS; DECLARATION OF JAN J. KLOHONATZ
CASE NO. 5:10-cv-02707-EJD

1  making such other events unnecessary;

2  WHEREAS, the date for the last day to mediate has previously been modified twice by

3  stipulation and order and once by this Court's Modified Scheduling Order;

4  WHEREAS, the other dates sought to be moved by this stipulation and order were

5  modified in the Court's Modified Scheduling Order and in the July 29, 2011 stipulation and

6  order; and

7  WHEREAS, the time modifications will not have a material effect on the schedule of the

8  case because (a) a trial date has not yet been set, (b) the only date currently on the Court's

9  calendar – the December 16, 2011 Preliminary Pretrial Conference – will not be affected as the

10 parties are not asking to move that date, and (c) the parties are asking only that the specified

11 events be moved by no more than three (3) months, which will include the entire holiday season;

12 NOW, THEREFORE, WITH GOOD CAUSE APPEARING, the parties, by and through

13 their respective counsel, hereby stipulate and agree as follows:

14 The case schedule may be modified as follows:

15 Deadline for Completion of ADR/Mediation:     January 31, 2012

16 Close of All Discovery:                        January 31, 2012

17 Last Date for Hearing Dispositive Motions:     April 27, 2012

18 Finiti may file a First Amended Answer to Complaint and Counter-Claims in the form

19 attached hereto as Exhibit A.  Plaintiff expressly reserves the right to bring any Motion to

20 Dismiss or Strike the proposed First Amended Answer to Complaint and Counter-Claims and/or

21 any of the causes of action or allegations alleged therein.

22

23 Dated: September 29, 2011            STEYER LOWENTHAL BOODROOKAS
                                        ALVAREZ & SMITH LLP
24

25                                      By: /s/ Jan J. Klohonatz
                                        Jeffrey H. Lowenthal
26                                      Jan J. Klohonatz
                                        Attorneys for Defendant Finiti Group, LLC
27

28
-2-
STIPULATION AND ORDER EXTENDING SCHEDULED DATES AND GRANTING LEAVE TO FILE FIRST
AMENDED ANSWER TO COMPLAINT AND COUNTER-CLAIMS; DECLARATION OF JAN J. KLOHONATZ
CASE NO. 5:10-cv-02707-EJD

Dated: September 29, 2011              LEE TRAN & LIANG APLC

                                       By: /s/ Daniel Taylor
                                           Daniel Taylor
                                           Attorneys for Plaintiff Actuate Corporation

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Defendant shall file its First Amended Answer to Complaint and Counter-Claims as a separate docket entry on or before October 7, 2011.

Dated: October 5, 2011                 _____
                                       EDWARD J. DAVILA
                                       DISTRICT COURT JUDGE

-3-
STIPULATION AND ORDER EXTENDING SCHEDULED DATES AND GRANTING LEAVE TO FILE FIRST AMENDED ANSWER TO COMPLAINT AND COUNTER-CLAIMS; DECLARATION OF JAN J. KLOHONATZ
CASE NO. 5:10-cv-02707-EJD

DECLARATION OF JAN J. KLOHONATZ

I, Jan J. Klohonatz, declare as follows:

1. I am an attorney at law licensed to practice before all of the courts of the State of California and before this Court.  I am an attorney at the law firm of Steyer Lowenthal Boodrookas Alvarez & Smith LLP, attorneys of record for Defendant Finiti Group, LLC in the above-referenced matter.  I make this Declaration of my own personal knowledge, and if called as a witness, I would and could testify competently to the matters stated herein.  I make this declaration in support of the Stipulation and Order Extending Scheduled Dates and Granting Leave to File First Amended Answer to Complaint and Counter-Claims.

2. Upon reassignment of the above-captioned case to the Honorable Edward J. Davila, the Court on or about May 11, 2011 entered a Modified Scheduling Order.  On or about July 29, 2011, this Court granted the parties request to make certain modifications to the case schedule.

3. Plaintiff Actuate Corporation has stipulated that Finiti may be granted leave to file a First Amended Answer to Complaint and Counter-Claims.

4. The parties already have selected and retained a mediator.

5. Certain discovery issues are pending which the parties are trying to work out, and have participated in an person meeting on August 31, 2011.  Because of the witnesses' and counsels' schedules the parties have encountered difficulties setting certain critical depositions, some of which will require extensive travel.

6. The parties have determined that further discovery, in addition to what previously was anticipated, will be necessary, including discovery relating to Finiti's First Amended Answer to Complaint and Counter-Claims, in order to conduct a meaningful mediation, analyze and prepare dispositive motions, and prepare for trial.

7. The parties would like additional time to prepare for and engage in the mediation to, among other things, conduct all the necessary discovery and engage in discussion about resolution of the case in advance of the mediation.  The parties also would like the opportunity

to engage in a mediation sufficiently in advance of other events in the case schedule to see whether the case can be resolved, thus making such other events unnecessary.

8. The date for the last day to mediate has previously been modified twice by stipulation and order and once by this Court's Modified Scheduling Order.

9. The time modifications will not have a material effect on the schedule of the case because (a) a trial date has not yet been set, (b) the only date currently on the Court's calendar – the December 16, 2011 Preliminary Pretrial Conference – will not be affected as the parties are not asking to move that date, and (c) the parties are asking only that the specified events be moved by no more than three (3) months, which will include the entire holiday season.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 29th day of September, 2011, at San Francisco, California.

/s/ Jan J. Klohonatz
JAN J. KLOHONATZ

F\Finiti\Pleadings\09-29-11 Stip and Order.doc

-5-
STIPULATION AND ORDER EXTENDING SCHEDULED DATES AND GRANTING LEAVE TO FILE FIRST AMENDED ANSWER TO COMPLAINT AND COUNTER-CLAIMS; DECLARATION OF JAN J. KLOHONATZ
CASE NO. 5:10-cv-02707-EJD

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2011, I electronically filed the foregoing STIPULATION AND ORDER EXTENDING SCHEDULED DATES AND GRANTING LEAVE TO FILE FIRST AMENDED ANSWER TO COMPLAINT AND COUNTER-CLAIMS; DECLARATION OF JAN J. KLOHONATZ with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record registered for electronic filing.

      /s/ Linda Rorem
      Linda Rorem