| | |
|---|---|
| 1 | STEYER LOWENTHAL BOODROOKAS |
|  | ALVAREZ & SMITH LLP |
| 2 | Jeffrey H. Lowenthal (State Bar No.111763) |
|  | Jan J. Klohonatz (State Bar No. 111718) |
| 3 | One California Street, Third Floor |
|  | San Francisco, California 94111 |
| 4 | Telephone: (415) 421-3400 |
|  | Facsimile: (415) 421-2234 |
| 5 | Email: jlowenthal@steyerlaw.com |
|  |          jklohonatz@steyerlaw.com |
| 6 | Attorneys for Defendant and |
|  |          Counter-Claimant Finiti Group LLC |
| 7 |  |
|  | LEE TRAN & LIANG APLC |
| 8 | James M. Lee (State Bar No. 192301) |
|  | Daniel J. Taylor (State Bar No. 241404) |
| 9 | 601 S. Figueroa Street, Suite 4025 |
|  | Los Angeles, CA 90017 |
| 10 | Telephone: (213) 612-3737 |
|  | Facsimile: (213) 612-3773 |
| 11 | Email: jml@ltlcounsel.com |
|  |          dt@ltlcounsel.com |
| 12 | Attorneys for Plaintiff and |
|  |          Counter-Defendant Actuate Corporation |

DENIED
Judge Edward J. Davila
11/8/2011

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | | |
|---|---|---|
| ACTUATE CORPORATION, a California corporation | ) ) | CASE NO. 5:10-cv-02797-EJD |
|          Plaintiff, | ) ) | |
| vs. | ) ) | STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE AND HEARING DATE ON MOTION TO STRIKE FILED BY PLAINTIFF AND COUNTER-DEFENDANT ACTUATE CORPORATION; DECLARATION OF JAN J. KLOHONATZ |
| FINITI LLC; and DOES 1 through 10, | ) ) | |
|          Defendants. | ) ) | |
| AND RELATED COUNTER-CLAIMS. | ) ) ) | |

By this stipulation and order the parties to the above-captioned action respectfully request (a) that the hearing on the Motion to Strike filed by plaintiff and counter-defendant Actuate Corporation ("Actuate's Motion"), currently set to be heard on February 3, 2012, be reset to be heard on December 16, 2011, at the same time the parties appear for the Preliminary Pretrial Conference in this case, and (b) that the briefing schedule in connection with Actuate's Motion be modified as set forth below.  There is no trial date in this case and the only dates currently on the Court's calendar are the Preliminary Pretrial Conference set for December 16, 2011 and the hearing on Actuate's Motion set for February 3, 2012.  Accordingly, the parties stipulate as follows:

WHEREAS, pursuant to stipulated order, defendant and counter-claimant Finiti Group, LLC ("Finiti") filed its First Amended Answer to Complaint and Counter-Claims on October 6, 2011;

WHEREAS, on October 27, 2011 plaintiff and counter-defendant Actuate Corporation ("Actuate") filed Actuate's Motion, at which time Actuate's counsel was advised that the next available hearing date on the Court's calendar would be February 3, 2012;

WHEREAS, the parties currently are set to appear before the Court on December 16, 2011 for a Preliminary Pretrial Conference and would like to have Actuate's Motion heard at the same time;

WHEREAS, the parties have agreed that the briefing schedule on Actuate's Motion be modified and that Finiti's opposition be due on November 21, 2011 and that Actuate's reply be due on December 2, 2011, such that the motion will be fully briefed two weeks before the hearing as contemplated by the Local Rules of the Northern District of California;

WHEREAS, the hearing date for Actuate's Motion and the briefing schedule for that motion have not previously been modified;

WHEREAS, the time modifications requested in this stipulation and order will not have a material effect on the schedule of the case because (a) a trial date has not yet been set; and (b) there are only two dates currently on the Court's calendar – the December 16, 2011 Preliminary

Pretrial Conference, which will not be affected as the parties are not asking to move that date, and the February 3, 2012 hearing on Actuate's Motion, which the parties are asking be moved to an earlier date;

NOW, THEREFORE, WITH GOOD CAUSE APPEARING, the parties, by and through their respective counsel, hereby stipulate and agree (a) that the hearing on Actuate's Motion, currently set to be heard on February 3, 2012, be reset to be heard on December 16, 2011, at the same time the parties appear for the Preliminary Pretrial Conference in this case; and (b) that the briefing schedule on Actuate's Motion be modified so that Finiti's opposition is due on November 21, 2011 and Actuate's reply is due on December 2, 2011.

Dated:  November 4, 2011

STEYER LOWENTHAL BOODROOKAS
ALVAREZ & SMITH LLP

By: /s/ Jan J. Klohonatz
Jeffrey H. Lowenthal
Jan J. Klohonatz
Attorneys for Defendant and Counter-Claimant
Finiti Group, LLC

Dated:  November 4, 2011

LEE TRAN & LIANG APLC

By: /s/ Daniel Taylor
Daniel Taylor
Attorneys for Plaintiff and Counter-Defendant
Actuate Corporation

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  November___, 2011

EDWARD J. DAVILA
DISTRICT COURT JUDGE

-2-
STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE AND HEARING ON MOTION TO STRIKE FILED BY PLAINTIFF AND COUNTER-DEFENDANT ACTUATE CORPORATION; DECLARATION OF JAN J. KLOHONATZ
CASE NO. 5:10-cv-02797-EJD

DECLARATION OF JAN J. KLOHONATZ

I, Jan J. Klohonatz, declare as follows:

1. I am an attorney at law licensed to practice before all of the courts of the State of California and before this Court. I am an attorney at the law firm of Steyer Lowenthal Boodrookas Alvarez & Smith LLP, attorneys of record for Defendant and Counter-Claimant Finiti Group, LLC in the above-referenced matter. I make this Declaration of my own personal knowledge, and if called as a witness, I would and could testify competently to the matters stated herein. I make this declaration in support of the Stipulation and Order Regarding Briefing Schedule and Hearing Date on Motion to Strike Filed by Plaintiff and Counter-Defendant Actuate Corporation.

2. Pursuant to stipulated order, defendant and counter-claimant Finiti Group, LLC ("Finiti") filed its First Amended Answer to Complaint and Counter-Claims on October 6, 2011. On October 27, 2011 plaintiff and counter-defendant Actuate Corporation ("Actuate") filed its Motion to Strike ("Actuate's Motion"), at which time Actuate's counsel was advised that the next available hearing date on the Court's calendar would be February 3, 2012.

3. The parties currently are set to appear before the Court on December 16, 2011 for a Preliminary Pretrial Conference and would like to have Actuate's Motion heard at the same time.

4. The parties have agreed that the briefing schedule on Actuate's Motion be modified and that Finiti's opposition be due on November 21, 2011 and that Actuate's reply be due on December 2, 2011, such that the motion will be fully briefed two weeks before the hearing as contemplated by the Local Rules of the Northern District of California.

5. The hearing date for Actuate's Motion and the briefing schedule for that motion have not previously been modified.

6. The time modifications requested in this stipulation and order will not have a material effect on the schedule of the case because (a) a trial date has not yet been set; and (b) there are only two dates currently on the Court's calendar – the December 16, 2011 Preliminary

-3-
STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE AND HEARING ON MOTION TO STRIKE FILED BY PLAINTIFF AND COUNTER-DEFENDANT ACTUATE CORPORATION; DECLARATION OF JAN J. KLOHONATZ
CASE NO. 5:10-cv-02797-EJD

1  Pretrial Conference, which will not be affected as the parties are not asking to move that date,
2  and the February 3, 2012 hearing on Actuate's Motion, which the parties are asking be moved to
3  an earlier date.
4      I declare under penalty of perjury that the foregoing is true and correct.  Executed this 4th
5  day of November, 2011, at San Francisco, California.

                  /s/ Jan J. Klohonatz
                  JAN J. KLOHONATZ

-4-
STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE AND HEARING ON MOTION TO STRIKE FILED BY PLAINTIFF AND COUNTER-DEFENDANT ACTUATE CORPORATION; DECLARATION OF JAN J. KLOHONATZ
CASE NO. 5:10-cv-02797-EJD