Jeffrey H. Lowenthal (State Bar No. 111763)
Edward Egan Smith (State Bar No. 169792)
Jan J. Klohonatz (State Bar No. 111718)
STEYER LOWENTHAL BOODROOKAS
 ALVAREZ & SMITH LLP
One California Street, Suite 300
San Francisco, CA 94111
Telephone: (415) 421-3400
Facsimile: (415) 421-2234
Email: jlowenthal@steyerlaw.com
Email: esmith@steyerlaw.com
Email: jklohonatz@steyerlaw.com

Attorneys for Defendant
and Counter-Claimant Finiti Group, LLC

**GRANTED**

*Judge Edward J. Davila*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| ACTUATE CORPORATION, a California corporation<br><br>    Plaintiff,<br>vs.<br><br>FINITI LLC; and DOES 1 through 10,<br><br>    Defendants.<br>_____<br>AND RELATED COUNTER-CLAIMS.<br>_____ | Case No. 5:10-cv-02797-EJD<br><br>STIPULATION EXTENDING DEADLINES FOR DISCOVERY RESPONSES |

1    WHEREAS, Plaintiff and Counter-Defendant Actuate Corporation ("Actuate") served
2 on Defendant and Counter-Claimant Finiti Group, LLC ("Finiti") Actuate's Interrogatories, Set
3 Two, and Requests for Production of Documents, Set Two;
4    WHEREAS, Finiti's responses to Actuate's Interrogatories, Set Two, and Requests for
5 Production of Documents, Set Two, were due to be served on December 27, 2011;
6    WHEREAS, Finiti requested, and Actuate granted an extension to, and including,
7 January 6, 2012 for Finiti to serve its responses to Actuate's Interrogatories, Set Two, and
8 Requests for Production of Documents, Set Two, and the parties wish to memorialize that
9 stipulation in writing; and
10    WHEREAS, this extension of time will not alter the date of any event or any deadline
11 already fixed by Court order;
12    IT IS HEREBY STIPULATED, pursuant to Federal Rule of Civil Procedure 29 and
13 Northern District Local Rule 6-1(a), by and between Actuate and Finiti, through their respective
14 counsel, that the last day for Finiti to serve its responses to Actuate's Interrogatories, Set Two,
15 and Requests for Production of Documents, Set Two, is extended from December 27, 2011 to
16 and including January 6, 2012.

17

18 Dated: December 27, 2011         STEYER LOWENTHAL BOODROOKAS
                                      ALVAREZ & SMITH LLP
19

20                                 By: /s/ Jan J. Klohonatz
                                       Jeffrey H. Lowenthal
21                                     Edward Egan Smith
                                       Jan J. Klohonatz
22                                     Attorneys for Defendant and Counter-Claimant
                                       Finiti Group, LLC
23

24 Dated: December 27, 2011         LEE TRAN & LIANG APLC

25
                                   By: /s/ Daniel J. Taylor
26                                     James M. Lee
                                       Daniel J. Taylor
27                                     Attorneys for Plaintiff and Counter-Defendant
                                       Actuate Corporation
28

STIPULATION EXTENDING DEADLINES FOR DISCOVERY RESPONSES
S:\F\Finiti\Discovery\Discovery_Stipulation_12-27-11 (2).wpd

## CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2011, I electronically filed the foregoing STIPULATION EXTENDING DEADLINES FOR DISCOVERY RESPONSES with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record registered for electronic filing.

/s/ Alma Caliz Roque
Alma Caliz Roque