**GRANTED**

*[signature]*

Judge Edward J. Davila

1  Jeffrey H. Lowenthal (State Bar No. 111763)
   Edward Egan Smith (State Bar No. 169792)
2  Jan J. Klohonatz (State Bar No. 111718)
   STEYER LOWENTHAL BOODROOKAS
3    ALVAREZ & SMITH LLP
   One California Street, Suite 300
4  San Francisco, CA  94111
   Telephone: (415) 421-3400
5  Facsimile: (415) 421-2234
   Email: jlowenthal@steyerlaw.com
6  Email: esmith@steyerlaw.com
   Email: jklohonatz@steyerlaw.com
7
   Attorneys for Defendant
8  and Counter-Claimant Finiti Group, LLC

9

10                **UNITED STATES DISTRICT COURT**

11              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

12                      **SAN JOSE DIVISION**

13

14  ACTUATE CORPORATION, a California  )   Case No. 5:10-cv-02797-EJD
    corporation                        )
15                      Plaintiff,     )
    vs.                                )   STIPULATION EXTENDING
16                                     )   DEADLINES FOR DISCOVERY
                                       )   RESPONSES
17  FINITI LLC; and DOES 1 through 10, )
                                       )
18                      Defendants.    )
    _____)
19                                     )
    AND RELATED COUNTER-CLAIMS.        )
20  _____)

21

22

23

24

25

26

27

28

1   WHEREAS, Plaintiff and Counter-Defendant Actuate Corporation ("Actuate")  served

2   on Defendant and Counter-Claimant Finiti Group, LLC ("Finiti") Actuate's Interrogatories, Set

3   Two, and Requests for Production of Documents, Set Two;

4   WHEREAS, Finiti's responses to Actuate's Interrogatories, Set Two, and Requests for

5   Production of Documents, Set Two, were due to be served on December 27, 2011;

6   WHEREAS, Finiti requested, and Actuate granted an extension to, and including,

7   January 6, 2012 for Finiti to serve its responses to Actuate's Interrogatories, Set Two, and

8   Requests for Production of Documents, Set Two, and the parties wish to memorialize that

9   stipulation in writing; and

10   WHEREAS, this extension of time will not alter the date of any event or any deadline

11   already fixed by Court order;

12   IT IS HEREBY STIPULATED, pursuant to Federal Rule of Civil Procedure 29 and

13   Northern District Local Rule 6-1(a), by and between Actuate and Finiti, through their respective

14   counsel, that the last day for Finiti to serve its responses to Actuate's Interrogatories, Set Two,

15   and Requests for Production of Documents, Set Two, is extended from December 27, 2011 to

16   and including January 6, 2012.

17

18   Dated: December 27, 2011             STEYER LOWENTHAL BOODROOKAS
                                           ALVAREZ & SMITH LLP
19

20                                         By:  /s/ Jan J. Klohonatz
                                              Jeffrey H. Lowenthal
21                                            Edward Egan Smith
                                              Jan J. Klohonatz
22                                            Attorneys for Defendant and Counter-Claimant
                                              Finiti Group, LLC
23

24   Dated: December 27, 2011             LEE TRAN & LIANG APLC

25
                                           By:  /s/ Daniel J. Taylor
26                                            James M. Lee
                                              Daniel J. Taylor
27                                            Attorneys for Plaintiff and Counter-Defendant
                                              Actuate Corporation
28

- 1 -

STIPULATION EXTENDING DEADLINES FOR DISCOVERY RESPONSES
S:\F\Finiti\Discovery\Discovery_Stipulation_12-27-11 (2).wpd

1 **CERTIFICATE OF SERVICE**

2     I hereby certify that on December 27, 2011, I electronically filed the foregoing

3 STIPULATION EXTENDING DEADLINES FOR DISCOVERY RESPONSES with the Clerk

4 of the Court using the ECF system which will send notification of such filing to all attorneys of

5 record registered for electronic filing.

6

7                                  /s/ Alma Caliz Roque
                                   Alma Caliz Roque

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION EXTENDING DEADLINES FOR DISCOVERY RESPONSES
S:\F\Finiti\Discovery\Discovery_Stipulation_12-27-11 (2).wpd