STEYER LOWENTHAL BOODROOKAS
  ALVAREZ & SMITH LLP
Jeffrey H. Lowenthal (State Bar No.111763)
Edward Egan Smith (State Bar No. 169792)
Jan J. Klohonatz (State Bar No. 111718)
One California Street, Third Floor
San Francisco, California 94111
Telephone: (415) 421-3400
Facsimile: (415) 421-2234
Email: jlowenthal@steyerlaw.com
       esmith@steyerlaw.com
       jklohonatz@steyerlaw.com

Attorneys for Defendant and
       Counter-Claimant Finiti Group LLC

LEE TRAN & LIANG APLC
James M. Lee (State Bar No. 192301)
601 S. Figueroa Street, Suite 4025
Los Angeles, CA 90017
Telephone: (213) 612-3737
Facsimile: (213) 612-3773
Email: jml@ltlcounsel.com

Attorneys for Plaintiff and
       Counter-Defendant Actuate Corporation

IT IS SO ORDERED AS MODIFIED
Judge Edward J. Davila

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| ACTUATE CORPORATION, a California corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>FINITI LLC; and DOES 1 through 10,<br><br>    Defendants.<br><br>AND RELATED COUNTER-CLAIMS. | CASE NO. 5:10-cv-02797-EJD<br><br>STIPULATION AND ~~PROPOSED~~ ORDER REGARDING MEDIATION PLAN AND DISCOVERY SCHEDULE. |

STIPULATION AND PROPOSED ORDER REGARDING MEDIATION PLAN AND DISCOVERY SCHEDULE.
CASE NO. 5:10-cv-02707-EJD

1       By this stipulation and order, the parties to the above-captioned action respectfully
2  request the pre-trial deadlines be continued for sixty (60) days.  Parties previously mediated the
3  matter on March 28, 2012 but believe the matter is close to possible resolution and that with a
4  second day, the matter may settle.   There is no trial date in this case.  Accordingly, the parties
5  stipulate as follows:
6       WHEREAS, the present the Court set the following pre-trial deadlines pursuant to the
7  December 13, 2011Case Management Order (Docket No. 44), as modified by the Court's
8  January 31, 2012 Order (Docket no. 46):
9       1.  Designation of Opening Experts with Reports          April 27, 2012;
10      2.  Designation of Rebuttal Experts with Reports          May 16, 2012;
11      3.  Fact Discovery Cutoff                                 May 29, 2012;
12      4.  Joint Preliminary Pre-Trial Conference Statement      May 29, 2012;
13      5.  Expert Discovery Cutoff                               May 31, 2012;
14      6.  Deadline for Filing Dispositive Motions               May 31, 2012;
15      7.  Preliminary Pre-Trial Conference                      June 8, 2012.
16      WHEREAS, the Parties previously mediated the matter on March 28, 2012 for the full
17 day but believe the matter is close to possible resolution and that with a second half day of
18 mediation, the matter may settle;
19      WHEREAS, in an attempt to enable the parties sufficient time to mediate and to avoid
20 further unnecessary burden or expense of complying with discovery in the meantime, the parties
21 wish to extend the pre-trial deadlines approximately  sixty (60) days so the Parties may complete
22 discovery and pre-trial preparation should the matter not settle;
23      NOW, THEREFORE, the parties, by and through their respective counsel, hereby
24 stipulate and agree that:
25      A.  The current pre-trial deadlines shall be extended as follows:
26          1.  Designation of Opening Experts with Reports       June 28, 2012;
27          2.  Designation of Rebuttal Experts with Reports      July 16, 2012;
28

-1-
STIPULATION AND PROPOSED ORDER REGARDING MEDIATION PLAN AND DISCOVERY SCHEDULE.
CASE NO. 5:10-cv-02707-EJD
S:\F\Finiti\Pleadings\Stipulation For Mediation Plan And Discovery Extension 4-18 FINAL.Docx

| | | |
|---|---|---|
| 3. | Fact Discovery Cutoff | July 30, 2012; |
| 4. | Joint Preliminary PreTrial Conference Statement | August 14, 2012 |
| 5. | Expert Discovery Cutoff | August 1, 2012; |
| 6. | Deadline for Filing Dispositive Motions | August 1, 2012; |
| 7. | Preliminary Pre-Trial Conference | August 24, 2012, at 11:00 a.m. |

B.    The parties will complete their continued mediation session in May 2012.

Dated:  April 19, 2012               STEYER LOWENTHAL BOODROOKAS
    ALVAREZ & SMITH LLP

By:   /s/ Edward Egan Smith
   Jeffrey H. Lowenthal
   Edward Egan Smith
   Attorneys for Defendant and Counter-Claimant
   Finiti Group, LLC

Dated:  April 19, 2012               LEE TRAN & LIANG APLC

By:   /s/ James Lee
   James Lee
   Attorneys for Plaintiff and Counter-Defendant
   Actuate Corporation

PURSUANT TO STIPULATION, IT IS SO ORDERED AS MODIFIED.

Dated: April 23, 2012

EDWARD J. DAVILA
DISTRICT COURT JUDGE

-2-
STIPULATION AND PROPOSED ORDER REGARDING MEDIATION PLAN AND DISCOVERY SCHEDULE.
CASE NO. 5:10-cv-02707-EJD
S:\F\Finiti\Pleadings\Stipulation For Mediation Plan And Discovery Extension 4-18 FINAL.Docx