1   STEYER LOWENTHAL BOODROOKAS
      ALVAREZ & SMITH LLP
2   Jeffrey H. Lowenthal (State Bar No.111763)
    Edward Egan Smith (State Bar No. 169792)
3   Jan J. Klohonatz (State Bar No. 111718)
    One California Street, Third Floor
4   San Francisco, California 94111
    Telephone: (415) 421-3400
5   Facsimile: (415) 421-2234
    Email: jlowenthal@steyerlaw.com
6           esmith@steyerlaw.com
            jklohonatz@steyerlaw.com
7
    Attorneys for Defendant and
8           Counter-Claimant Finiti Group LLC

9   LEE TRAN & LIANG APLC
    James M. Lee (State Bar No. 192301)
10  601 S. Figueroa Street, Suite 4025
    Los Angeles, CA 90017
11  Telephone: (213) 612-3737
    Facsimile: (213) 612-3773
12  Email: jml@ltlcounsel.com

13  Attorneys for Plaintiff and
            Counter-Defendant Actuate Corporation
14

15              **UNITED STATES DISTRICT COURT**

16              **NORTHERN DISTRICT OF CALIFORNIA**

17                   **SAN JOSE DIVISION**

18

19  ACTUATE CORPORATION, a California      )   CASE NO. 5:10-cv-02797-EJD
    corporation                           )
20                                         )
                 Plaintiff,                )   STIPULATION AND ~~PROPOSED~~
21                                         )   ORDER REGARDING MEDIATION
    vs.                                    )   PLAN AND DISCOVERY SCHEDULE.
22                                         )
    FINITI LLC; and DOES 1 through 10,     )
23                                         )
                 Defendants.               )
24  ─────────────────────────────────     )
                                           )
25  AND RELATED COUNTER-CLAIMS.            )
    ─────────────────────────────────     )
26

27

28
    ─────────────────────────────────────────────────────────────
    STIPULATION AND PROPOSED ORDER REGARDING MEDIATION PLAN AND DISCOVERY SCHEDULE.
    CASE NO. 5:10-cv-02707-EJD

1    By this stipulation and order, the parties to the above-captioned action respectfully

2    request the pre-trial deadlines be continued for sixty (60) days.  Parties previously mediated the

3    matter on March 28, 2012 but believe the matter is close to possible resolution and that with a

4    second day, the matter may settle.   There is no trial date in this case.  Accordingly, the parties

5    stipulate as follows:

6    WHEREAS, the present the Court set the following pre-trial deadlines pursuant to the

7    December 13, 2011Case Management Order (Docket No. 44), as modified by the Court's

8    January 31, 2012 Order (Docket no. 46):

9    1.  Designation of Opening Experts with Reports                    April 27, 2012;

10   2.  Designation of Rebuttal Experts with Reports                   May 16, 2012;

11   3.  Fact Discovery Cutoff                                          May 29, 2012;

12   4.  Joint Preliminary Pre-Trial Conference Statement              May 29, 2012;

13   5.  Expert Discovery Cutoff                                        May 31, 2012;

14   6.  Deadline for Filing Dispositive Motions                       May 31, 2012;

15   7.  Preliminary Pre-Trial Conference                              June 8, 2012.

16   WHEREAS, the Parties previously mediated the matter on March 28, 2012 for the full

17   day but believe the matter is close to possible resolution and that with a second half day of

18   mediation, the matter may settle;

19   WHEREAS, in an attempt to enable the parties sufficient time to mediate and to avoid

20   further unnecessary burden or expense of complying with discovery in the meantime, the parties

21   wish to extend the pre-trial deadlines approximately  sixty (60) days so the Parties may complete

22   discovery and pre-trial preparation should the matter not settle;

23   NOW, THEREFORE, the parties, by and through their respective counsel, hereby

24   stipulate and agree that:

25   A.  The current pre-trial deadlines shall be extended as follows:

26   1.  Designation of Opening Experts with Reports                June 28, 2012;

27   2.  Designation of Rebuttal Experts with Reports               July 16, 2012;

28
-1-
STIPULATION AND PROPOSED ORDER REGARDING MEDIATION PLAN AND DISCOVERY SCHEDULE.
CASE NO. 5:10-cv-02707-EJD
S:\F\Finiti\Pleadings\Stipulation For Mediation Plan And Discovery Extension 4-18 FINAL.Docx

| | | |
|---|---|---|
| 3. | Fact Discovery Cutoff | July 30, 2012; |
| 4. | Joint Preliminary PreTrial Conference Statement | August 14, 2012 |
| 5. | Expert Discovery Cutoff | August 1, 2012; |
| 6. | Deadline for Filing Dispositive Motions | August 1, 2012; |
| 7. | Preliminary Pre-Trial Conference | August 24, 2012, at 11:00 a.m. |

B.      The parties will complete their continued mediation session in May 2012.


Dated:  April 19, 2012                    STEYER LOWENTHAL BOODROOKAS
                                                    ALVAREZ & SMITH LLP


                                          By:    /s/ Edward Egan Smith
                                              Jeffrey H. Lowenthal
                                              Edward Egan Smith
                                              Attorneys for Defendant and Counter-Claimant
                                              Finiti Group, LLC

Dated:  April 19, 2012                    LEE TRAN & LIANG APLC


                                          By:    /s/ James Lee
                                              James Lee
                                              Attorneys for Plaintiff and Counter-Defendant
                                              Actuate Corporation


PURSUANT TO STIPULATION, IT IS SO ORDERED AS MODIFIED.


Dated: April 23, 2012

EDWARD J. DAVILA
DISTRICT COURT JUDGE

-2-
STIPULATION AND PROPOSED ORDER REGARDING MEDIATION PLAN AND DISCOVERY SCHEDULE.
CASE NO. 5:10-cv-02707-EJD
S:\F\Finiti\Pleadings\Stipulation For Mediation Plan And Discovery Extension 4-18 FINAL.Docx